# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEYON PULLINS

NO. 2021 KW 0514

**JULY 26, 2021**

---

In Re:   Keyon Pullins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 19-06254, 19-05953, 19-06253.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's pro se motion for preliminary examination, filed on April 20, 2021, if it has not already done so.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT